**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORBERTO VEGA, | Civil Action No.: 2:25-1136 |
| Plaintiff(s), | |
| v. | **ORDER FOR DISMISSAL** |
| TRIPLE T. CONCEPTS, LLC, | |
| Defendant(s). | |

It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default and default judgment be entered against the defendants within the time frame established by this Court;

**It is on this 10TH day of April, 2025**

**ORDERED** that this action is hereby dismissed as to the defendants without prejudice for failure to comply with the court's order of March 27, 2025 (docket entry no. 4).

_s/ Brian R. Martinotti_
Brian R. Martinotti,
United Sates District Judge